IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ANNE DAVIDSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3037-MWB |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| KINSETH HOSPITALITY CORP., | ) | ON JURY VERDICT |
| and its subsidiary, KINSETH HOTEL | ) | |
| CORP., and FRANK SMILLIE, | ) | |
| Individually and in his Corporate | ) | |
| Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

JURY VERDICT: This action came before the Court for a Trial by Jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

Plaintiff, Anne Davidson, take nothing from Defendants.

Dated: **DEC 18 2006**

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

**APPROVED AS TO FORM:**

_MWB_____
**MARK W. BENNETT**
**Chief Judge**